UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 1:13-CR-218-CAP-LTW |
| LEWIS MOBELY, | |

**O R D E R**

On December 30, 2014, the magistrate judge issued a report and recommendation addressing numerous motions to suppress filed by the defendant as well as a motion for reconsideration filed by the government [Doc. No. 67]. In addition to timely filing objections to the report and recommendation [Doc. No. 72], the defendant requested a *de novo* hearing on his motions to suppress [Doc. No. 73]. On March 30, 2015, the court held a hearing regarding the motions to suppress, during which the court heard testimony from witnesses and received evidence into the record. Based on *de novo* review of the report and recommendation addressing the motions to suppress, the court finds no merit to the defendant's objections. The court

2

receives the report and recommendation with approval and adopts it as the opinion and order of this court without modification.

**SO ORDERED** this 31st day of March, 2015.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge